UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HIRSA CARABALLO-RODRIGUEZ, et al.
    Plaintiff(s)

v.

                                            **Civil No. 03-1646(SEC)**

R.J. REYNOLDS TOBACCO CO., et al.
    Defendant(s)

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket # 53**<br>**Motion for Summary Judgment** | **GRANTED as unopposed**. Plaintiffs had until February 13, 2006 to oppose Defendant's motion for summary judgement and failed to do so. See Docket # 78. As such, upon consideration of the uncontroverted facts established by Defendant in its motion for summary judgment and for the reasons stated in its memorandum of law, the Court finds that Defendant is entitled to summary judgment in its favor as a matter of law. Accordingly, all of Plaintiffs' claims against R.J. Reynolds Tobacco Company will be **DISMISSED WITH PREJUDICE**. Judgment will be entered accordingly. |
| **Docket # 81**<br>**Notice of Supplemental Authority in Support of Reynolds' Motion for Summary Judgment** | **NOTED.** |
| **Docket # 48**<br>**Defendant R.J. Reynolds Tobacco Company's Motion to Strike Plaintiffs' Expert Luis E. Díaz**<br><br>**Docket # 51**<br>**Defendant's Motion to Exclude the Testimony of Plaintiff's Alleged Expert, Dr. Luis E. Díaz, and Supporting Memorandum of Law** | **NOTED and MOOT.** |

| MOTION | RULING |
|---|---|
| **Docket # 59**<br>**Defendant R.J. Reynolds Tobacco Company's Second Motion to Compel Discovery and Memorandum of Law in Support** | **NOTED and MOOT**. |
| **Docket # 61**<br>**Defendant's Motion to Submit A Written Juror Questionnaire to All Prospective Jurors and For Assignment of Magistrate for Jury Selection** | **NOTED and MOOT**. |
| **Docket # 62**<br>**Defendant's Motion Requesting Expanded Voir Dire and Memorandum of Law in Support** | **NOTED and MOOT.** |

DATE: April 3, 2006

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge